UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOUCHER,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL PRODUCTS CO. and<br>NORTHEASTERN LOG HOMES, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-10389MEL |

### DEFENDANT, NORTHEASTERN LOG HOMES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Northeastern Log Homes, Inc., identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

None.

The Defendant,
**Northeastern Log Homes, Inc.**
By its Attorney,

_____
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN,
    O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Date: 3/8/04

## CERTIFICATE OF SERVICE

I hereby certify that on __3/8/04__ the foregoing document was served via first class mail, postage prepaid, on the following counsel of record:

Alan S. Fanger, Esq.
144 Gould Street, Suite 140
Needham, MA 02494

Brian Keane, Esq.
Long & Houlden
200 State Street, 5th Floor
Boston, MA 02109

/s/ John R. Felice
John R. Felice

G:\DOCS\JRF\CLIENTS\CGU\Northeastern Log Homes\Pleadings\Corporate Disclosure Statement.doc