UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOUCHER,<br>    Plaintiff<br><br>vs.<br><br>CONTINENTAL PRODUCTS CO. and<br>NORTHEASTERN LOG HOMES, INC.,<br>    Defendants | CIVIL ACTION<br>NO. 04-10389MEL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, CONTINENTAL PRODUCTS CO., in the above-entitled action.

Respectfully submitted,

Brian Keane
BBO# 656717
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA 02110
(617) 439-4777

Date: 3/30/04

## CERTIFICATE OF SERVICE

I, Brian Keane, Attorney for the Defendant, hereby certify that on this 30th day of March, 2004, I have served a copy of the above-noted document to the following counsel of record: Alan S. Fanger, Esq. and John R. Felice, Esq.