UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BOUCHER,<br>    Plaintiff<br><br>vs.<br><br>CONTINENTAL PRODUCTS CO. and<br>NORTHEASTERN LOG HOMES, INC.,<br>    Defendants | CIVIL ACTION<br>NO. 04-10389MEL |

**DEFENDANT, CONTINENTAL PRODUCTS CO.'S, LOCAL
RULE 26.2 (A) DISCLOSURE**

Pursuant to Fed.R.Civ.P. Rule 26(a)(1) and Local Rule 26.2(A), Defendant, Continental Products Co., makes the following disclosures:

A.   Individuals likely to have Discoverable Information:

1.   Miriam Strebeck,
     CEO Continental Products Co.
     1150 East 222nd Street
     Euclid, OH  44117-0215

Subject:

Information concerning the company's dealings with Northeastern Log Homes, Inc. as well information concerning the sealant products which may have been used on the plaintiff's vacation home.

B.   Documents that Continental Products Co. May Use to
     Support its Claims or Defenses

1.   Correspondence, communications and/or other documents or records between Continental Products Co. and Northeast Log Homes, Inc. concerning the sale and/or the delivery of the sealant products.  Documents referencing

the sealant products which may have been used on the plaintiff's vacation home.

C.   Computation of Damages

Not applicable.

D.   Insurance Agreements

   1.   An insurance policy with American International Specialty Lines Insurance Company to cover the plaintiff's alleged incident was in existence from December 31, 2000 to December 31 2001.  The policy number is EA 2677059.  The General Aggregate Coverage Limit is $2,000,000.

                              Respectfully submitted,
                              Continental Products Co.,

                              _____
                              Brian Keane
                              BBO#656717
                              Long & Houlden
                              100 Summer Street
                              Boston, MA  02109
                              (617) 439-4777

                     CERTIFICATE OF SERVICE

I, Brian Keane, Attorney for the Defendant, hereby certify that on this 8TH day of APRIL, 2004, I have served a copy of the above-noted document to the following counsel of record:  Alan S. Fanger, Esq. and John R. Felice, Esq.