**E N D O R S E M E N T**

JOHN BOUCHER v. NORTHEASTERN LOG HOMES, INC. and CONTINENTAL PRODUCTS CO., 04-CV-10389-MEL

---

LASKER, D.J.

     The assented-to motion to transfer venue is granted pursuant to authority contained in 28 U.S.C. § 1404(a), and the Clerk of this Court is ordered to transfer the file in this case to the Clerk of the United States District Court for the District of Maine, Portland Office.

     It is so ordered.


Dated:    April 22, 2004
          Boston, Massachusetts        /s/ Morris E. Lasker
                                                U.S.D.J.